UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2811
_____

NICHOLAS BERGAMATTO,
Appellant

v.

BOARD OF TRUSTEES OF THE NYSA- ILA PENSION FUND;
CHARLES WARD
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-16-cr-5484)
District Judge:  Hon. Kevin McNulty
_____

Submitted Under Third Circuit LAR 34.1(a)
June 3, 2019

Before:   SMITH, *Chief Judge*, JORDAN, and MATEY, *Circuit Judges.*


_____

ORDER AMENDING OPINION

_____


        IT IS ORDERED that the opinion in the above case, filed August 6, 2019, be

amended as follows:

Page 16, footnote 15, the last line:

"*supra* note 11" should be changed to "*supra* note 12".

By the Court,


  s/   Kent A. Jordan
Circuit Judge

Dated: August 13, 2019